LODGED
SEP 22 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

FILED
SEP 2 2 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAN KORTMAN, an individual,

Plaintiff(s),

v.

MEDTRONIC SOFAMOR DANEK USA, INC., and DOES 1 THROUGH 20, inclusive

Defendant(s).

CASE NUMBER

SACV04-1105 GLT (MCx)

NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.

__X__ Priority
__X__ Send
_____ Clsd
_____ Enter
__X__ JS-5/JS-6
_____ JS-2/JS-3

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DOCKETED ON CM
SEP 23 2004
BY _____ 037

9/22/04
Date

Signature of Attorney/Party

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

③

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 8001 Irvine Center Drive, Suite 1575, Irvine, California 92618.

On **September 22, 2004**, I served the foregoing document described as **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,** on the interested parties in this action by:

[ X ] by placing [   ] the original [ X ] a true copy thereof enclosed in a sealed envelope, deposited in the United States Mail at Irvine, California, postage fully prepaid thereon addressed as follows:

Linda Shostak, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

[✓] (BY MAIL) I caused such envelope to be deposited into the U.S. Mail at Irvine, California, postage fully prepaid thereon.

Executed on **September 22, 2004**, at Irvine, California.

[   ] (BY FACSIMILE) on **September 22, 2004** at the phone number(s) listed below.

[   ] (BY FEDERAL EXPRESS OVERNIGHT DELIVERY) I caused such envelope to be delivered by hand to the offices of the addressee(s) listed above. Executed on**September 22, 2004**, at Irvine, California.

(BY PERSONAL SERVICE)

[   ] On **September 22, 2004**, I served the above referenced documents to the individual/addressee so noted below:

[   ] I caused such envelope to be delivered to a commercial messenger service on **September 22, 2004** with instructions to personally deliver same to the offices of the individual/addressee so noted below on **September 22, 2004**:

**I declare that this document filed and served herein was produced on paper purchased as recycled.**

[   ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] (FEDERAL) I declare that I am employed by a member of the State Bar of California whose direction the service was made.

_Carala Constantino_
CARALA CONSTANTINO